UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

ELISEO LAGOS, FRANSICO PEREZ, FAVIAN ALVARADO ESCAMILLA, ANTONIO VALLE CASTRO, and LUCIO SOLIS FUENTES, individually and on behalf of all others similarly situated,

                          Plaintiff,

-against-

"ABC CORPORATION" d/b/a RICHMOND CONSTRUCTION, INC., name of the corporation being fictitious and unknown to Plaintiffs, RICHIE DHILLON and KERRY RICHMOND and RAWINDER DHILLON, as individuals,

                          Defendants.

-------------------------------------------------------------------------X

Civ. Action No. 21-CV-4883 (AMD)(JRC)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS KERRY RICHMOND AND RAWINDER DHILLON ONLY**

**IT IS HEREBY NOTICED** that this action (and claims and causes of action that were, or could have been asserted in it) be withdrawn, discontinued, and dismissed, *without prejudice*, only as against the Defendant, KERRY RICHMOND and RAWINDER DHILLON, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: Kew Gardens, New York
       July 26, 2022

*James O'Donnell*
James O'Donnell, Esq.
Helen F. Dalton & Associates, P.C.
*Attorneys for Plaintiffs*
80-02 Kew Gardens Road, Suite 601
Kew Gardens, New York 11415

SO ORDERED:

  s/Ann M. Donnelly
_____

Hon. _____

This __26__ day of ___July___, 2022.